UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E. INC., <br><br> Plaintiff, <br><br> v. <br><br> COSMETIC INDUSTRY & TRADE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 09-3412 (PGS) <br><br> **ORDER** |

A Report and Recommendation was filed on April 1, 2010 recommending that this Court grant Defendant Ibrahim's Motion to Dismiss for Lack of Personal Jurisdiction and deny Defendants' Motion to Transfer Venue to the Central District of California (docket entry 11). The parties were given notice that they had until April 10, 2010 to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 4th day of May, 2010,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas at docket entry 19 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Defendant Ibrahim's Motion to Dismiss for Lack of Personal Jurisdiction is granted; and it is further

**ORDERED** that Defendants' Motion to Transfer Venue to the Central District of California is denied.

PETER G. SHERIDAN, U.S.D.J.