

# NICOLL DAVIS & SPINELLA LLP

New Jersey | New York

95 Route 17 South, Suite 203
Paramus, NJ 07652
201.712.1616
201.712.9444 facsimile

450 Seventh Avenue, Suite 2205
New York, NY 10123
212.972.0786
201.712.9444 facsimile

**CHARLES P. GUARINO**
OF COUNSEL

April 29, 2011

www.ndslaw.com
**646.727.0708 • mobile**
cguarino@ndslaw.com

**VIA ECF**

The Hon. Peter J. Sheridan, USDJ
United States District Court for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

*[handwritten: motion scheduled for June 20, 2011 at 2:00 pm]*
*ORDERED: [signed] Peter Sheridan*
*5/5/11*

Re:   N.V.E., Inc. v. Citco Corp.
      **Case No.: 2:09-cv-03412-PGS-ES**

Dear Judge Sheridan:

    This firm represents Plaintiff N.V.E., Inc. in the above-referenced matter. As you may recall, I requested adjournment of the scheduled oral argument on our pending motion to enforce the settlement agreement, currently scheduled for May 9, 2011 (d/e 35). I was instructed by telephone to confer with opposing counsel on three mutually acceptable alternate dates for the hearing.

    After conferring with Mr. Hersh, the parties propose the following possible dates: **June 20, 2011**, **June 27, 2011**, or **June 28, 2011**. Please let us know if one of these dates will be acceptable to the Court.

    Thank you for your assistance in this matter.

Respectfully submitted,

*Charles Guarino /jfd/*

Charles P. Guarino
Of Counsel

CPG:jfd

cc:   Lawrence Hersh, Esq. (via ECF)