UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC | Civil No. 09-3412 |
| vs. | Order of Reallocation |
| COSMETIC INDUSTRY | |

RECEIVED
SEP 19 2011
AT 8:30
WILLIAM T. WALSH  M
CLERK

It is on this  19th  day of September, 2011

O R D E R E D  that the entitled action is reassigned from

NEWARK TO TRENTON.

S/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT